Date: 07/14/11                                                                                                                    Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 05-21162 - COLLIER, JERRY WAYNE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| OU PHYSICIANS<br>PO 259026<br>OKLAHOMA CITY OK 73126 | 000010 | 26.00 | 1.41 |
| ---------- Remittance Total ---------- | | 26.00 | 1.41 |

_____
SUSAN MANCHESTER, Trustee